# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2013

*The Court of Appeals hereby passes the following order*

**A13I0252. THE KROGER CO. d/b/a KROGER SUPERMARKET v. EVELYN
THOMPSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be
hereby DENIED.

LC NUMBERS:

11EV012687



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, June 24, 2013.*

   *I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*, Clerk.*